UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMANI COURVOISIER STELLY, | No.  2:26-cv-2246 AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the application for leave to proceed in forma pauperis is missing the second page which includes the signature line and an authorization for the court to obtain a copy of plaintiff's trust account statement directly from the California Department of Corrections and Rehabilitation.  Plaintiff will therefore be provided the opportunity to submit a completed in forma pauperis application that bears his signature.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, a completed application in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court.  The application must include plaintiff's signature.

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

1

Forma Pauperis By a Prisoner.

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE